IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CASEY INDUSTRIAL, INC., )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>POWERSOUTH ENERGY )<br>COOPERATIVE f/k/a Alabama )<br>Electric Co-Operative, )<br>Inc. a/k/a AEC, et al., )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>2:23cv355-MHT<br>(WO) |

**ORDER**

This case is before the court on plaintiff's unopposed motion to transfer venue to the United States District Court for the Southern District of Alabama pursuant to 28 U.S.C. § 1404(a).  The court has subject-matter jurisdiction of this action under 28 U.S.C. § 1332.  28 U.S.C. § 1404(a) authorizes a district court, "[f]or the convenience of the parties and witnesses, in the interest of justice, [to] transfer any civil action to any other district or division where it might have been brought or to any

district or division to which all parties have consented." Having considered the motion and the allegations of the complaint, the court finds that the requirements of § 1404(a) have been met, and a transfer to the United States District Court for the Southern District of Alabama is in the interests of justice.

Accordingly, it is ORDERED as follows:

(1) Plaintiff's unopposed motion to transfer venue (Doc. 43) is granted.

(3) This case is transferred to the United States District Court for the Southern District of Alabama pursuant to 28 U.S.C. § 1404(a).

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 21st day of August, 2023.

                                    /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**